## Maxwell *v.* The State.

APPEAL from Bibb Circuit Court.
Tried before the Hon. JOHN MOORE.

ELLISON, THOMPSON & LOVING, for appellant.

CHAS. G. BROWN, Attorney-General, and W. W. LAVENDER, for the State.

The appellant in this case was indicted and tried for murder, was convicted of murder in the second degree, and sentenced to the penitentiary for 30 years.

The appeal in this case was dismissed on motion of the State.

Opinion PER CURIAM.